UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRISSOM,<br><br>               Plaintiff,<br><br>    vs.<br><br>RIVERSIDE COUNTY JAIL, et al.,<br><br>               Defendants. | Case No. ED CV 10-1727 PA (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

      IT IS ORDERED that: judgment be entered in favor of Defendants as to Plaintiff's failure-to-protect claim; and the remainder of the action be dismissed without prejudice.

DATE: October 17, 2012        _____
                                              HON. PERCY ANDERSON
                                              UNITED STATES DISTRICT JUDGE