# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRISSOM, | ) Case No. ED CV 10-1727 PA (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| RIVERSIDE COUNTY JAIL, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that: judgment be entered in favor of Defendants as to Plaintiff's failure-to-protect claim; and the remainder of the action be dismissed without prejudice.

DATE: October 17, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE