JS6

FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Bruce E. Disenhouse, 078760
Bruce@DisenhouseLaw.net
DISENHOUSE LAW APC
3890 Eleventh Street, Suites 215-217
Riverside, California 92501
T: 951-530-3710
F: 951-543-4239

Attorneys for Defendants, CORRECTIONAL DEPUTY ROBERT TALLEY, *erroneously sued as Deputy Sheriff Tally*; CORRECTIONAL DEPUTY CASEY PASCHAL; and DEPUTY JOSEPH ISAAC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRISSOM, SR., <br><br> Plaintiff, <br><br> v. <br><br> RIVERSIDE COUNTY JAIL, et al., <br><br> Defendants. | CASE NO.: CV 10-1727 PA (MRW) <br><br> *The Hon. Percy Anderson* <br><br> ORDER REGARDING NOTICE OF SETTLEMENT AND JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. Having read and considered the parties stipulation, and good cause appearing therefor, it is ordered as follows:

This case is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a).

IT IS SO ORDERED.

Date: 5/14/15

JS6

_____
Hon. Percy Anderson
U.S. District Judge